UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Julie Kromschroeder
Plaintiff,

v.

ME Global, Inc. and ME Global International, Inc.,

Defendants.

Case No. 02-CV-425 RHK/RLE

**STIPULATION** AND ORDER CLARIFYING CLAIMS

Plaintiff Julie Kromschroeder and Defendant ME Global, Inc. ("ME Global"), parties to the above-captioned matter, through their counsel, hereby enter into the following Stipulation:

WHEREAS, Plaintiff has brought claims against ME Global and ME International, Inc. ("ME International") for age, sex and reprisal discrimination in violation state and federal law and state law claims of violation of the Minnesota Whistleblower statute, Minnesota Statutes Sections 181.932, and Minnesota Statutes Section 182.669, and the Minnesota Workers Compensation Act related to refusal to offer continued employment, Minnesota Statutes Section 176.82, subd. 2; and

WHEREAS, Defendant ME Global has disputed whether it is liable for any claims arising from conduct prior to its purchase of the assets of ME International other than those liabilities expressly assumed pursuant to the Asset Purchase Agreement entered into between ME Global (through its parent Compania Electro Metalurgica, S.A.) and ME International, Inc. and ME-West Castings, Inc dated September 6, 2001 and approved by the United States Bankruptcy Court by order dated October 25, 2001; and



JUN 1 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, Plaintiff Julie Kromschroeder and Defendant ME Global have agreed to resolve these issues as follows:

IT IS THEREFORE AGREED:

1. Plaintiff's claim against ME Global for refusal to offer continued employment in violation of the Minnesota Workers Compensation Act, Minnesota Statutes Section 176.82, subd. 2, as set forth at Paragraphs 43-46 of her Complaint, is hereby dismissed in its entirety and with prejudice.

2. Plaintiff's claim against ME Global for violation of the Minnesota whistleblower statute, Minnesota Statutes Section 181.932 and of Minnesota Statutes Section 182.669, as set forth at paragraphs 38 to 42 of her Complaint, and any damages related thereto, are based upon and/or limited to alleged retaliatory or whistleblowing conduct, if any, which occurred after the date of the sale of ME International, Inc.'s assets to ME Global, Inc.

3. Nothing herein constitutes a waiver by either party of any claims or defenses related to Plaintiff's claims which are not the subject of this Stipulation nor does this Stipulation affect claims against ME International, Inc. which are within the jurisdiction of the bankruptcy court.

Dated: 5/28/02

FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.

Joseph J. Mihalek (#72904)
700 Lonsdale Building
302 West Superior Street
Duluth, Minnesota 55802
Telephone (218) 722-0861

**ATTORNEYS FOR PLAINTIFF**

Dated: 5/22/02

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION

Susan M. Robiner (#168609)
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR DEFENDANT ME GLOBAL, INC.**

SO ORDERED:

Dated: June 10, 2002

Richard H. Kyle
United States District Court Judge

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)***; **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________
Firm/Employer ______________________
Address ______________________
______________________
______________________
Phone ______________________
E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building