UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Julie Kromschroeder

Plaintiff,

v.

ME Global, Inc. and ME Global International, Inc.,

Defendants.

Case No. 02-CV-425 RHK/RLE

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED** by and between plaintiff and defendant above-named, through their respective counsel of record, that the above-entitled action, having been fully compromised and settled, is hereby dismissed on the merits, with prejudice, and without costs to any party; and that an order may be entered ex parte, approving and enforcing this Stipulation and Order Dismissing Action with Prejudice.

Dated: 12-16-03

FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.

Joseph J. Mihalek (#72904)
700 Lonsdale Building
302 West Superior Street
Duluth, Minnesota 55802
Telephone (218) 722-0861

**ATTORNEYS FOR PLAINTIFF**

2219266v1

Dated: 3/8/04

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION

Susan M. Robiner

Susan M. Robiner (#168609)
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR DEFENDANT ME GLOBAL, INC.**

SO ORDERED:

Dated: 3/9/04

Richard H. Kyle
United States District Court Judge